IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GARRETT YOUNG,**

    *Petitioner*,

v.                         Case No.: 4:20cv576-MW/MAF

**LEON COUNTY DETENTION FACILITY,**

    *Respondent.*

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 18, and has also reviewed *de novo* Petitioner's objections, ECF No. 19. Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 18, is **accepted and adopted**, over the Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Respondent's motion to dismiss, ECF No. 16, is **GRANTED**. Petitioner's second amended petition for writ of habeas corpus, ECF No. 10 is **DISMISSED**." The Clerk shall close the file.

**SO ORDERED on July 20, 2021.**

                                        **s/Mark E. Walker**
                                        **Chief United States District Judge**